406 A.2d 750

**Charles S. EVERETTE, Sr., Administrator of the Estate of Charles S. Everette, Jr., Deceased, Appellee,**

**v.**

**CITY OF NEW KENSINGTON, a municipal corporation, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1979.

Decided Oct. 23, 1979.

Chester S. Fossee, Murovich, Reale & Fossee, Pittsburgh, for appellant.

Daniel M. Berger, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.